UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-20665-LEIBOWITZ/AUGUSTIN-BIRCH

**CLAUDIA S. COSTA,**

   *Plaintiff*,

v.

**CELTIC INSURANCE COMPANY,
d/b/a AMBETTER FROM
SUNSHINE HEALTH,**

   *Defendant.*

_____/

**ORDER**

The Court held a status conference in this case on Monday, April 26, 2024 at which counsel for Plaintiff and Defendant appeared. [*See* ECF No. 62]. The Court made rulings at the April 26, 2024 status conference which are memorialized in this Order. It is hereby

1. ORDERED that **ECF No. 25**, the Motion for Sanctions by Defendant Celtic Insurance Company is **DENIED without prejudice** for the reasons stated on the record;

2. ORDERED that **ECF No. 51**, Magistrate Judge Augustin-Birch's Report and Recommendation on Defendant's Motion for Sanctions is **ADOPTED**;

3. ORDERED that the Plaintiff's Motion for Sanctions within **ECF No. 27** is **DENIED without prejudice** for the reasons stated on the record;

4. ORDERED that the parties must submit all trial preparation materials, <u>including, but not limited to</u> proposed jury instructions, proposed voir dire questions, exhibit lists, witness lists, and deposition designations, counter-designations, and any related objections **no later than May 29, 2024;**

5. ORDERED that the parties appear in person for a pretrial conference on **May 31, 2024 at 10:00 a.m.** The calendar call on May 9, 2024 is CANCELLED; and

6. ORDERED that **ECF No. 52** is **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida this 26th day of April, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record